**STATE of Missouri, Respondent,**

**v.**

**Troy J. BURRISS, Appellant.**

**No. WD 58675.**

Missouri Court of Appeals,
Western District.

June 19, 2001.

Motion for Transfer to Supreme Court Denied
July 24, 2001.

Application for Transfer Denied
Sept. 25, 2001.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before EDWIN H. SMITH, P.J., and SMART and HOWARD, JJ.

**ORDER**

PER CURIAM.

Troy J. Burriss appeals from his convictions of felony murder in the second degree, § 565.021, armed criminal action, § 571.015, and robbery in the first degree, § 569.020.

Judgment affirmed. Rule 30.25(b).